JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAUGHN DORSEY, III, JOVAN DORSEY AND YVETTE FARROW individually and on behalf of the Estate of Vaughn Dorsey II,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, UNIVERSITY OF SOUTHERN CALIFORNIA, CITY OF POMONA, LOMA LINDA UNIVERSITY HEALTH, PRIME HEALTHCARE AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 2:21-cv-00366-MCS-KS<br><br>**ORDER REMANDING ACTION** |

Pursuant to the parties' stipulation and due to the parties' agreement that this Court lacks subject matter jurisdiction over Plaintiff's claims, this matter is hereby

/ / /

/ / /

**REMANDED** to the Superior Court for the State of California, County of Los Angeles. The Clerk of Court shall close the case.

**IT IS SO ORDERED**

DATED: January 26, 2021

  Hon. Mark C. Scarsi
  District Court Judge